UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

        Case No. 09-CV-11027

        HON. GEORGE CARAM STEEH

LADONNIS BYERS,

        Defendant,

and

DETROIT CENTRAL CITY COMMUNITY
MENTAL HEALTH, INCORPORATED,

        Garnishee.
_____/

## ORDER REGARDING PAYMENT PLAN

On March 19, 2009, plaintiff filed this action seeking to recover student loan debt allegedly owed by defendant. On April 1, 2009, the court entered an order for entry of consent judgment with partial payment provisions. The order enters judgment in favor of plaintiff in the amount of $4,040.23 and provides defendant may satisfy the judgment by making monthly payments of $65.00 starting April 16, 2009. On January 19, 2012, plaintiff filed an application for writ of continuing garnishment as to garnishee Michigan Department of Treasury. The same day, plaintiff filed an application for writ of continuing garnishment as to garnishee Detroit Central City Community Mental Health, Incorporated. On February 1, 2012, defendant filed a request for hearing. She states she has been making payments and is willing to increase her payment amount. On

February 7, 2012, plaintiff filed a response to defendant's request for hearing. In its response, plaintiff "welcomes the opportunity to discuss the matter with Defendant, and invites Defendant to contact its attorneys to discuss reinstituting a reasonable payment arrangement on this debt." Plaintiff also states a hearing on this matter would be a waste of judicial time and resources since defendant has offered no valid exemption or defense to the garnishment. The court orders the parties to discuss a payment plan within 45 days of the date of this order and to report the results of that conference to this court by April 2, 2012. At that time, the court will determine whether a hearing is necessary on the garnishment issue.

IT IS SO ORDERED.

                                                s/George Caram Steeh
                                                GEORGE CARAM STEEH
                                                UNITED STATES DISTRICT JUDGE

Dated: January 9, 2012

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys/parties of record on January 9, 2012 by electronic and/or ordinary mail, and upon Ladonnis Byers at 163 Manchester Parkway, Highland Park, MI 48203.

                                                s/Marcia Beauchemin
                                                Deputy Clerk